## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **JUAN MARQUIS COUNCIL, #29832** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22cv827** |
| | § | |
| **PARIS POLICE DEP'T, ET AL.** | § | |

### ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation recommending that Plaintiff's claims and lawsuit be dismissed with prejudice to their being asserted again until the *Heck* conditions are met, and that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).  The Report and Recommendation of the Magistrate Judge (Dkt. #28), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.  No objections having been timely filed, the Court finds that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint (Dkt. #1) is **DISMISSED** with prejudice until the *Heck* conditions are met.  It is further **ORDERED** that this lawsuit counts as a strike pursuant to 28 U.S.C. § 1915(g).  Finally, all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 27th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE